CJF1.16.19
PCM\CDA: USAO 2018R00481

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO.** CCB-19-036 |
| **DOMANEEK BRADLEY,**<br>a/k/a "Neek",<br>**CORREY CAWTHORN,**<br>a/k/a "Fat Correy",<br>**DIONTAYE DEMORY,**<br>a/k/a "Grilla",<br>**ANTHONY DINKINS,**<br>a/k/a "Ant",<br>**RICHARD GRIER,**<br>a/k/a "Rich Homie",<br>**ROBERT HARRIS-HOWELL,**<br>a/k/a "Slim",<br>**QUAMONTA JACKSON,**<br>a/k/a "Tay Tay",<br>**DESEAN JOHNSON,**<br>**BRITTANY JONES,**<br>**DAVONTA MCCROREY,**<br>a/k/a "Mooda",<br>**DEMETRES MOORE,**<br>**KEISHONNE MOORE,**<br>**MICHAEL REAVES,**<br>**RONALD STEVENSON,**<br>a/k/a "Peanut",<br>**CARLTON THOMPSON, and**<br>**ALONZO TUNNELL,**<br>a/k/a "Lo" | (Narcotics Conspiracy, 21 U.S.C. § 846;<br>Possession with Intent to Distribute a<br>Controlled Substance, 21 U.S.C. § 841;<br>Possession of a Firearm in Furtherance<br>of Drug Trafficking, 18 U.S.C. § 924(c);<br>Conspiracy to Possess a Firearm in<br>Furtherance of Drug Trafficking, 18<br>U.S.C. § 924(o); Felon in Possession of<br>Firearm, 18 U.S.C. § 922(g); Aiding and<br>Abetting, 18 U.S.C. § 2; Forfeiture, 18<br>U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| **Defendants** | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 JAN 24  PM 3: 13
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

## INDICTMENT

## COUNT ONE
### (Narcotics Conspiracy)

The Grand Jury for the District of Maryland charges that:

1

From a time unknown to the Grand Jury, but no later than in or about January 2018, and continuing through on or about the filing of this indictment, in the District of Maryland and elsewhere, the defendants,

**DOMANEEK BRADLEY,**
**a/k/a "Neek",**
**CORREY CAWTHORN,**
**a/k/a "Fat Correy",**
**DIONTAYE DEMORY,**
**a/k/a "Grilla",**
**ANTHONY DINKINS,**
**a/k/a "Ant",**
**RICHARD GRIER,**
**a/k/a "Rich Homie",**
**ROBERT HARRIS-HOWELL,**
**a/k/a "Slim",**
**QUAMONTA JACKSON,**
**a/k/a "Tay Tay",**
**DESEAN JOHNSON,**
**BRITTANY JONES,**
**DAVONTA MCCROREY,**
**a/k/a "Mooda",**
**DEMETRES MOORE,**
**KEISHONNE MOORE,**
**MICHAEL REAVES,**
**RONALD STEVENSON,**
**a/k/a "Peanut",**
**CARLTON THOMPSON, and**
**ALONZO TUNNELL,**
**a/k/a "Lo"**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute more than two hundred and eighty grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

2

## COUNT TWO
### (Conspiracy to Possess a Firearm in Furtherance of Drug Trafficking)

The Grand Jury for the District of Maryland further charges that:

From a time unknown to the Grand Jury, but no later than in or about January 2018, and continuing through on or about the filing of this indictment, in the District of Maryland, the defendants,

> **DOMANEEK BRADLEY,**
> **a/k/a "Neek",**
> **CORREY CAWTHORN,**
> **a/k/a "Fat Correy",**
> **DIONTAYE DEMORY,**
> **a/k/a "Grilla",**
> **ANTHONY DINKINS,**
> **a/k/a "Ant",**
> **RICHARD GRIER,**
> **a/k/a "Rich Homie",**
> **ROBERT HARRIS-HOWELL,**
> **a/k/a "Slim",**
> **QUAMONTA JACKSON,**
> **a/k/a "Tay Tay",**
> **DESEAN JOHNSON,**
> **BRITTANY JONES,**
> **DAVONTA MCCROREY,**
> **a/k/a "Mooda",**
> **DEMETRES MOORE,**
> **KEISHONNE MOORE,**
> **MICHAEL REAVES,**
> **RONALD STEVENSON,**
> **a/k/a "Peanut",**
> **CARLTON THOMPSON, and**
> **ALONZO TUNNELL,**
> **a/k/a "Lo",**

did conspire to possess firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, conspiracy to possess with the intent to distribute crack cocaine and marijuana, as charged in Count One and possession with the intent

3

to distribute crack cocaine as charged in Counts Four through Eight, Ten through Twelve and Fourteen of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(o)

## COUNT THREE
### (Discharging of a Firearm in Furtherance of Drug Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about April 27, 2018, in the District of Maryland, the defendant,

### ANTHONY DINKINS,
### a/k/a "Ant"

did knowingly possess and discharge a firearm, that is, a Glock 17 9mm semi-automatic pistol

with serial number PMK921, in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States, that is, conspiracy to possess with the intent to

distribute crack cocaine and marijuana, as charged in Count One of this Indictment, which is

incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

5

## COUNT FOUR
### (Possess with Intent to Distribute)

On or about May 1, 2018, in the District of Maryland, the defendant,

### ROBERT HARRIS-HOWELL,
### a/k/a "Slim"

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and

substance containing a detectable amount of amount cocaine base, commonly known as crack, a

Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT FIVE
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about June 19, 2018, in the District of Maryland, the defendants,

**MICHAEL REAVES and
ALONZO TUNNELL,
a/k/a "Lo",**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and

substance containing a detectable amount of amount cocaine base, commonly known as crack, a

Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

7

## COUNT SIX
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about July 11, 2018, in the District of Maryland, the defendant,

### RONALD STEVENSON,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

8

## COUNT SEVEN
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about July 24, 2018, in the District of Maryland, the defendants,

**ROBERT HARRIS-HOWELL,**
**a/k/a "Slim", and**
**BRITTANY JONES,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT EIGHT
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about August 3, 2018, in the District of Maryland, the defendants,

**DOMANEEK BRADLEY,**
**a/k/a "Neek", and**
**CORREY CAWTHORN,**
**a/k/a "Fat Correy",**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and

substance containing a detectable amount of amount cocaine base, commonly known as crack, a

Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

10

## COUNT NINE
### (Possession of a Firearm by a Felon)

The Grand Jury for the District of Maryland further charges that:

On or about August 6, 2018, in the District of Maryland, the defendant,

## ROBERT HARRIS-HOWELL,
### a/k/a "Slim"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess in and affecting interstate commerce a firearm, that is, a Glock 27 .40 caliber

handgun with a serial number UPP507.

18 U.S.C. § 922(g)

11

## COUNT TEN
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about September 27, 2018, in the District of Maryland, the defendant,

## CARLTON THOMPSON,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT ELEVEN
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about October 18, 2018, in the District of Maryland, the defendant,

### DAVONTA MCCROREY,
### a/k/a "Mooda"

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

13

## COUNT TWELVE
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about October 22, 2018, in the District of Maryland, the defendants,

### KEISHONNE MOORE and
### QUAMONTA JACKSON,
### a/k/a "Tay Tay"

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and

substance containing a detectable amount of amount cocaine base, commonly known as crack, a

Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

14

## COUNT THIRTEEN
### (Possession of a Firearm in Furtherance of Drug Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about December 4, 2018, in the District of Maryland, the defendants,

### DESEAN JOHNSON and
### KEISHONNE MOORE,

did knowingly possess a firearm, that is, a Glock 19 9mm handgun with serial number BADS728,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, possession with the intent to distribute crack, as charged in Count Fourteen of this

Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

15

## COUNT FOURTEEN
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about December 4, 2018, in the District of Maryland, the defendants,

### DESEAN JOHNSON and
### KEISHONNE MOORE,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

16

## **FORFEITURE**

The Grand Jury for the District of Maryland further charges that:

1.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Counts One and Three of the Indictment.

2.      As a result of the offenses alleged in Counts Three and Thirteen of this Indictment, the defendants,

**ANTHONY DINKINS,**
**a/k/a "Ant"**
**DESEAN JOHNSON, and**
**KEISHONE MOORE**

shall forfeit to the United States the following firearms involved in the commission of the offenses, to wit: a Glock 17 9mm handgun with serial number PMK921, and a Glock 19 9mm handgun with serial number BADS728, in and affecting interstate commerce.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

Robert K. Hur /pen
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Dated: _____1/24_____ 2019

17