**LAW OFFICE OF JOSEPH A. BALTER, LLC**
MT. WASHINGTON MILL
1340 SMITH AVENUE, STE 200
BALTIMORE, MARYLAND 21209
TEL: (410) 375-7082
FAX: (443) 817-0799
joseph@josephbalterlaw.com

JOSEPH A. BALTER
Admitted: Maryland and New York

July 7, 2021

Hon. Catherine C. Blake
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

    Re: *United States v. Correy Cawthorn,* CCB-19-036

Dear Judge Blake:

    The government has filed a motion to continue the September 13, 2021 trial date in this case. ECF 666. The government accurately noted that Mr. Cawthorn does not object to the continuance. The breadth of the Second Superseding Indictment will require additional time for counsel to review discovery related to the overt acts and possibly file additional pre-trial motions.

    The defendant requests that this Court schedule a conference call to discuss, as a preliminary matter, whether the Court will be granting a continuance of the trial date for Mr. Cawthorn. The Court's guidance on this matter will be extremely helpful in assisting counsel to make planning decisions with regard to the preparation of this case for trial.

    Thank you for your consideration of these matters.

                                           Sincerely,

                                           /S/

                                         Joseph A. Balter