

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Patricia McLane*
*Assistant United States Attorney*
*Patricia.McLane@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4942*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

October 11, 2022

The Honorable James K. Bredar
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

    RE:    Status Report on Motions Hearing set for October 14, 2022
             <u>United States of America v. Burnette, et. al.</u>
             JKB-19-036

Dear Judge Bredar:

    Pursuant to the Court's request, the Government submits this chart regarding the pending motions in the above-captioned case. The Government believes a large majority of the pending motions can be decided on the filed motion and response. Those motions that require testimony are noted with the name of the Government's witness.

    The Motion to Suppress filed by Cawthorn at ECF No. 344 involves two statements, one provided on August 3, 2018, and another on August 28, 2018. The Government previously notified Judge Blake and defense counsel that the witness required for the August 28, 2018, statement was not available on October 14, 2022. The parties agreed to re-set the motion a date has been scheduled.

| Defendant | Motion | ECF No. | WITNESS TESTIMONY |
|---|---|---|---|
| **Correy Cawthorn** | | | |
| | Motion to Suppress Telephone and Tracking Warrant | 342 | Legal argument only |
| | Motion to Suppress Statements | 344 | Det. Ray Hunter |
| | Motion to Suppress Evidence Warrantless Arrest on August 3, 2018 | 346 | Det. Timothy Romeo |
| | Motion to Suppress Evidence of Warrantless Search on September 4, 2017 | 454 | Sgt. Jason Garber |

| | | | |
|---|---|---|---|
| **Darrell Carter** | Motion to Suppress Evidence and Statements of Warrantless Arrest on November 5, 2020 | 895 | Det. Timothy Carroll |
| **Tyeshawn Rivers** | Motion to Suppress Evidence of Warrantless Arrest on January 8, 2019 and October 30, 2020 | 896 | Det. Ryan Oliver |
| | Motion to Suppress Search of iPhones authorized on November 10, 2020; and iCloud account authorized on December 7, 2020 | 897 | Defense may call one to two witnesses; Government believes legal argument only |
| | Motion to Sever | 911 | Legal argument only |
| **Darien Coleman** | Motion to Adopt Motion of Other Defendants | 903 | Legal argument only |
| | Motion for 404(b) Evidence | 904 | Legal argument only |
| | Motion to Disclose Identities of Confidential Informant(s) | 905 | Legal argument only |
| | Motion for Rule 12(b)(4)(B) Designation, Early *Jenks* Disclosure, and Leave to File Additional Motions | 906 | Legal argument only |
| | Motion to Sever | 907 | Legal argument only |
| **Jawaun Harris** | Motion to Disclose Identities of Confidential Informant(s) | 908 | Legal argument only |
| | Motion to Adopt Motion of Other Defendants | 909 | Legal argument only |
| | Motion for 404(b) Evidence | 910 | Legal argument only |
| **Raekwon McMann** | Motion to Adopt Motion of Other Defendants | 925 | Legal argument only |
| | Motion to Sever | 926 | Legal argument only |

Very truly yours,

Erek L. Barron
United States Attorney

\_\_\_\_\_/s/_____
Patricia McLane
Assistant United States Attorney

Filed via ECF on October 11, 2022