IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. JKB-19-0036 |
| CORREY CAWTHORN, at al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pursuant to a status conference held on February 9, 2023 relating to a single defendant, Tyeshawn Rivers, the Court now sets in additional deadlines related to expert discovery in this case. Although the other Defendants were not present at the status conference, the issues discussed are of universal applicability and the additional deadlines set forth below will apply to all Defendants. To the extent any other Defendants wish to object to this Order, they must file any objections by February 16, 2023. The following deadlines supplement the previous Scheduling Order (ECF No. 1025) entered on December 1, 2022:

| | |
|---|---|
| April 30, 2023 | Deadline for the Government to produce all expert disclosures related to DNA and serology analysis and cell site location information analysis pursuant to Federal Rule of Criminal Procedure 16. |
| July 1, 2023 | Deadline for Government to produce expert disclosures, pursuant to Federal Rule of Criminal Procedure 16, related to all other categories of expert discovery not required by the April 30, 2023 deadline. |
| August 10, 2023 | Deadline for Defendants' motions *in limine* relating to all expert discovery disclosures. All other motions *in limine* not relating to expert discovery will be due on September 29, 2023, as previously ordered. (ECF No. 1025.) (General pretrial motions are due on February 24, 2023 and will be heard on June 2, 2023. (*See* ECF No. 1025.)) |

| | |
|---|---|
| August 24, 2023 | Deadline for Government's responses to motions *in limine* relating to expert discovery. |
| August 31, 2023 | Deadline for Defendants' replies. |
| **September 8, 2023** **9:30 a.m.** | Hearing on motions *in limine* arising from expert disclosures as set forth in this Order, Courtroom 1A.  The Court will have already conducted a hearing on other pretrial motions in this case on June 2, 2023, as previously ordered.  (ECF No. 1025.) |

All dates and deadlines set forth in the previous Scheduling Order (ECF No. 1025) remain in effect.  Defendants with motions pending must be present when those motions are heard in court.  The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceeding.  No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown.  Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this 9 day of February, 2023.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge