

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Michael C. Hanlon*  *Suite 400*  DIRECT: 410-209-4895
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
 *Baltimore, MD 21201-3119*  FAX: 410-962-9293
   Michael.Hanlon@usdoj.gov

June 1, 2023

The Honorable James K. Bredar
Chief United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

  Re: <u>United States v. Desmond Butler et al.</u>
    Crim. No. JKB-19-036

Dear Chief Judge Bredar:

  I am writing to provide the Court with the government's understanding of what motions are pending for consideration at tomorrow's motions hearing and with the government's anticipated presentation of evidence and argument.

  The following motions are pending:

| **Defendant** | **Motion and Response** | **Government's Anticipated Evidence or Argument** |
|---|---|---|
| Correy Cawthorn | Motion to Suppress Statements (ECF 344)<br><br>(This motion was denied in part and the Court reserved in part at ECF 986)<br><br>(Govt Response ECF 476, 934) | Government will present the testimony of Det. Shaff concerning defendant Cawthorn's statements on August 28, 2018. |
| Desmond Butler | Motion to Suppress Items Seized on October 30, 2020 (ECF 1007)<br><br>(Govt Response ECF 1127) | Government will present the testimony of Det. Rosales concerning the events on October 30, 2020. |

| Tyeshawn Rivers | Motion to Suppress Evidence from Instagram Account (ECF 1100)<br><br>(Govt Response ECF 1127)<br><br>(Def. Reply ECF 1138) | Legal argument on sufficiency of search warrant. |
|---|---|---|
| Tyeshawn Rivers | Motion to Suppress Evidence from Air Surveillance Program (ECF 1101)<br><br>(Govt Response ECF 1133)<br><br>(Def. Reply ECF 1139) | Legal argument concerning *Davis* good faith issue.  The government may call Det. Savadel concerning inevitable discovery. |

       The Court denied one motion, Devin Mitchell's motion to suppress (ECF 1099), this week. ECF 1159.

       The government is available if the Court has any questions before the hearing.  Thank you.

Very truly yours,

Erek L. Barron
United States Attorney

_____
Patricia C. McLane
Michael C. Hanlon
Assistant United States Attorneys

cc:     All Counsel via CM/ECF