IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. JKB-19-0036 |
| CORREY CAWTHORN, at al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The deadline for Defendants' motions *in limine* relating to expert discovery disclosures was August 10, 2023. (*See* ECF No. 1092.) No such motions were filed. Accordingly, it is ORDERED that:

1. The September 8, 2023 hearing on such motions is VACATED;

2. The dates and deadlines provided in the Court's December 1, 2022, Scheduling Order (ECF No. 1025) REMAIN UNCHANGED; and

3. A TELEPHONE STATUS CONFERENCE is set in for August 23, 2023 at 4:30 p.m. Counsel for the Government and all remaining Defendants must attend. Counsel for the Government is directed to arrange for and distribute conference call information to the parties and Judge Bredar's chambers.

DATED this __11__ day of August, 2023.

BY THE COURT:

James K. Bredar
Chief Judge