**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: JKB 19-CR-0036 |
| | : | (Filed Under Seal) |
| | : | |
| CORREY CAWTHORN, | : | |
| | : | |

**MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Comes now ANTHONY D. MARTIN, appointed counsel for Correy Cawthorn and moves for leave to file Exhibits Related to the Sentencing Memorandum Under Seal.

***Procedural Posture***

A Sentencing Hearing is Scheduled for January 4th, 2024. The suspense date for filing the Sentencing Memorandum is December 21st, 2023.

***Reasons for Request***

Several of the Defense Exhibits contain Psychological Evaluation and personal historical information of Mr. Cawthorn's family members and social history.

***Prayer***

WHEREFORE, counsel prays that the court will permit the filing of the exhibits in support the Sentencing Memorandum ***under seal***.

_____/S/_____
Respectfully submitted,
ANTHONY D. MARTIN, PC

/S/ *Anthony D. Martin*

By: Anthony D. Martin, 5224
6411 Ivy Lane, Suite 304
Greenbelt, MD 20770
(301) 220-3700; (301) 220-1625